Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff John Koziol

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KOZIOL,<br><br>            Plaintiff,<br><br>   v.<br><br>MID AMERICA BANK & TRUST COMPANY,<br><br>            Defendant. | Case No.: 5:17-cv-01832-NC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MID AMERICA BANK & TRUST COMPANY; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff John Koziol and defendant Mid America Bank & Trust Company that Mid America Bank & Trust Company be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), the entire action be terminated and closed, and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT MID AMERICA BANK & TRUST COMPANY; [PROPOSED] ORDER -1-

| | | |
|---|---|---|
| DATED: August 9, 2017 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot Gale* |
| | | Elliot Gale |
| | | Attorney for Plaintiff John Koziol |

| | | |
|---|---|---|
| DATED: August 9, 2017 | | **Wilson Elser Moskowitz Edeman and Dicker, LLP** |
| | By: | */s/ Gregory K. Lee* |
| | | Gregory K. Lee |
| | | Attorney for Defendant Mid America Bank & Trust Company |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Gregory K. Lee has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Mid America Bank & Trust Company is dismissed with prejudice and the entire action is terminated and closed.

IT IS SO ORDERED.

DATED: _____

Hon. Nathanael M. Cousins
UNITED STATES DISTRICT JUDGE